UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN IBARRA, as personal representative
of the Estate of KAREN SHELTON IBARRA,    CASE NO: 8:14-cv-00084-EAK-MAP

      Plaintiff,

vs.

ARMOR CORRECTIONAL HEALTH
SERVICES, INC. and DOCTOR DOE,

      Defendant.

_____/

## AFFIDAVIT OF STEVEN R. SHELTON, M.D.

**BEFORE ME,** the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared STEVEN R. SHELTON, M.D. known to me to be the person identified in the instrument, and who, after being first duly cautioned and sworn, upon his oath, deposes and says:

1.    That my name is STEVEN R. SHELTON, M.D.; I am over the age of eighteen (18) years; and have personal knowledge as to the facts set forth in this Affidavit.

2.    That I am a Medical Doctor licensed to practice in the State of Oregon and am duly and regularly engaged in the practice of my profession in Salem, Oregon. A copy of my curriculum vitae is attached hereto as Exhibit "A".

3.    I have reviewed the following documents and have attached a copy hereto as Exhibit "B":

        B-1    Summons & Complaint
        B-2    Armor Correctional Medical Records from the Sarasota County Jail;

1

B-3    Records from Sarasota County Fire Rescue;
B-4    Autopsy Report;
B-5    Records from Dr. Lee Mitchell;
B-6    Records from Dr. Laura Rainer;
B-7    Records from Sarasota Memorial Hospital;
B-8    Records from Venice Regional / Bayfront Health;
B-9    Records from Internal Medicine Associates;
B-10   MRI film from Venice Regional Medical Center;
B-11   Records from Cornerstone Psychiatric Services;
B-12   Records from Walgreens Pharmacy; and
B-13   Deposition testimony of Johnny Ibarra.

4.     I am familiar with the prevailing standards of care in medicine.

5.     My opinions are contained in my report attached hereto as Exhibit "C".

6.     My expert opinion has never been disqualified in a court of law.

FURTHER AFFIANT SAYETH NAUGHT.

STEVEN R. SHELTON, M.D.

STATE OF OREGON
COUNTY OF _____ Marion _____

The foregoing instrument was acknowledged before me this _30_ day of

_June_____, 2015, by **STEVEN R. SHELTON, M.D.** who is personally

known to me or who produced _____ as identification.

NOTARY PUBLIC

Tracy Ronald Martinson,
PRINT NAME

OFFICIAL SEAL
TRACY RONALD MARTINSON
NOTARY PUBLIC · OREGON
COMMISSION NO. 478212
MY COMMISSION EXPIRES MAY 12, 2017

May 12, 2017
COMMISSION EXPIRES:

2