# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**JOHN IBARRA, as personal representative
of the Estate of KAREN SHELTON IBARRA,**

      **Plaintiff,**

**vs.**                           **CASE NO:  8:14-cv-00084-EAK-MAP**

**ARMOR CORRECTIONAL HEALTH
SERVICES, INC. and DOCTOR DOE,**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Defendant ARMOR CORRECTIONAL HEALTH SERVICES, INC., by and through undersigned counsel and pursuant to M.D. Loc. R. 3.08, hereby serves this Notice of Settlement of all claims between ARMOR CORRECTIONAL HEALTH SERVICES, INC. and Plaintiff.

      **I HEREBY CERTIFY** that on September 18, 2015, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to William E. Partridge, Esquire, Grossman, Roth and Partridge, 1800 Second Street, Suite 777, Sarasota, FL 34236 (wepgrossmanroth.com; ajs@grossmanroth.com; las@grossmanroth.com).

                                    _/s/ S. Renee Stephens Lundy_
                                    S. RENEE STEPHENS LUNDY, ESQ.
                                    Florida Bar No. 0501867
                                    Dean, Ringers, Morgan & Lawton, P.A.
                                    Post Office Box 2928
                                    Orlando, Florida 32802-2928
                                    Tel: 407-422-4310  Fax: 407-648-0233
                                    RLundy@drml-law.com
                                    Brittank@drml-law.com
                                    Denise.covert@drml-law.com
                                    Attorneys for Defendant